# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MYRDUS ARCHIE,

    Petitioner,      2: 10-cv-01968-RLH-RJJ

vs.

         **ORDER**

SHERYL FOSTER, *et al,*

    Respondents.

This is a habeas corpus case pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se*. Although petitioner has submitted an application to proceed *in forma pauperis* in this action, the financial certificate she has submitted is dated April 29, 2010, and is too old to be considered by this court. Further, petitioner has not submitted her application on the correct form. Accordingly, the Clerk of the Court is **HEREBY DIRECTED** to send petitioner the correct form for an application to proceed *in forma pauperis*. Petitioner is **HEREBY ORDERED** to complete the form, including the financial certificate, and file it with this court within thirty (30) days. Petitioner's failure to comply with this order may result in the dismissal of this petition.

DATED this    29th    day of      November     , 2010.

*Roger L. Hunt*
UNITED STATES DISTRICT JUDGE