# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| MYRDUS ARCHIE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | 2:10-CV-01968-RLH-RJJ |
| vs | ) | |
| | ) | |
| SHERYL FOSTER, *et al.* | ) | |
| | ) | |
| Respondents. | ) | **ORDER** |
| | ) | |

The Court having received a Notice of Conflict from the FPD's office, IT IS HEREBY ORDERED that Beau Sterling is appointed for all future proceedings.

DATED this  31st  day of January, 2011.
Nunc Pro Tunc: January 27, 2011.

_____
Chief United States District Judge