**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| MYRDUS ARCHIE, | ) | |
| | ) | |
| Petitioner, | ) | 2:10-cv-01968-RLH-RJJ |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| | ) | |
| SHERYL FOSTER, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

Myrdus Archie, a Nevada prisoner, has submitted a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254 (ECF #5). Petitioner has filed a motion to withdraw counsel (ECF #18). However, on December 7, 2011, the court granted petitioner's motion for stay pending conclusion of proceedings in state court (ECF #16). This action is therefore stayed pending a motion by petitioner to reopen this matter after state court proceedings have concluded. Accordingly, petitioner's motion is denied without prejudice to her filing a new motion to withdraw counsel if necessary once this matter is reopened.

The court notes that if counsel in this matter is also representing her in state court and petitioner seeks to withdraw counsel in her state court matter, she must file a motion to withdraw counsel in her state court proceedings.

**IT IS THEREFORE ORDERED** that petitioner's motion to withdraw counsel (ECF #18) is **DENIED** without prejudice.

Dated this 13th day of February, 2013.

_____
UNITED STATES DISTRICT JUDGE