1

2

3

4

5

6                        **UNITED STATES DISTRICT COURT**

7                              **DISTRICT OF NEVADA**

8

MYRDUS ARCHIE,                      )
9                                    )
                 Petitioner,          )        2:10-cv-01968-RLH-RJJ
10                                   )
   vs.                               )        **ORDER**
11                                   )
                                     )
12   SHERYL FOSTER, *et al.*,         )
                                     )
13               Respondents.        )
                                   __)_____/

14

15           Myrdus Archie, a Nevada prisoner, has submitted a petition for a writ of habeas corpus,

16   pursuant to 28 U.S.C. § 2254 (ECF #5).  Petitioner has filed a motion to withdraw counsel (ECF #18).

17   However, on December 7, 2011, the court granted petitioner's motion for stay pending conclusion of

18   proceedings in state court (ECF #16).  This action is therefore stayed pending a motion by petitioner to

19   reopen this matter after state court proceedings have concluded.  Accordingly, petitioner's motion is

20   denied without prejudice to her filing a new motion to withdraw counsel if necessary once this matter

21   is reopened.

22           The court notes that if counsel in this matter is also representing her in state court and

23   petitioner seeks to withdraw counsel in her state court matter, she must file a motion to withdraw

24   counsel in her state court proceedings.

25

26

1      **IT IS THEREFORE ORDERED** that petitioner's motion to withdraw counsel (ECF

2   #18) is **DENIED** without prejudice.

3

4          Dated this 13th day of February, 2013.

5

6                                                    _____
                                                      UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26