# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MYRDUS ARCHIE,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>SHERYL FOSTER, *et al.*,<br><br>　　　　　Respondents. | 2:10-cv-1968-RLH-NJK<br><br>**O R D E R**<br>(Motion for Status (#21) |

　　　　Before the Court is a request by Petitioner which has been characterized as a Motion for Status re #18, Motion to Withdraw Counsel (#21, filed February 20, 2013).

　　　　Petitioner Archie complains that she has not heard what happened to her motion to withdraw counsel (#18) filed several months ago. It is assumed that she has now been advised of this Court's Order, docket #20, which denied without prejudice her motion on the grounds that this action is stayed pending resolution of her action in state court. Hence, this "motion" will be denied as moot.

　　　　However, the Court will order that her appointed attorney, Beau Sterling, inquire and report to this Court within 30 days the status of the state proceeding and identify who represents her in that proceeding.

　　　　IT IS THEREFORE ORDERED that Petitioner's Motion for Status re #18, Motion to Withdraw Counsel (#21) is denied as moot.

/ / /

/ / /

1

1    IT IS FURTHER ORDERED that Petitioner's counsel, Beau Sterling, shall report the
status of the state proceeding regarding this matter, together with an identification of her counsel in
that proceeding, on or before April 30, 2013.

Dated: March 27, 2013.

_____
Roger L. Hunt
United States District Judge