UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

MYRDUS ARCHIE,

   Petitioner,   2:10-CV-01968-RLH-NJK

vs.

          **ORDER**

SHERYL FOSTER, *et al.,*

   Respondents.

   This is a habeas petition filed pursuant to 28 U.S.C. § 2254. The court's scheduling order dated July 25, 2013 inadvertently overlooked that this matter was stayed and administratively closed on December 7, 2011 (ECF #16). **Accordingly, the court vacates its scheduling order dated July 25, 2013 as premature.**

   Before the court is petitioner's motion to withdraw counsel (ECF #27). Respondents have not opposed the motion.

   Petitioner asks the court to grant the motion to withdraw current counsel, Beau Sterling, and to appoint new counsel. She lists several reasons why she has filed this motion, including very limited contact with her current counsel and counsel's failure to keep her informed of the status of her case (apparently she refers to her state-court proceedings), which she asserts have created "unfair prejudice and obstacles." Good cause appearing, in the interests of justice, petitioner's motion to withdraw counsel is granted.

The court's Criminal Justice Act designee has located new counsel, Todd M. Leventhal, 600 S. Third St., Las Vegas, NV 89101, tel: (702)472-8686, who is willing to be appointed to represent the petitioner herein.

**IT IS THEREFORE ORDERED** that the court's order dated July 25, 2013 (ECF #28) is hereby **VACATED**.

**IT IS FURTHER ORDERED** that petitioner's motion to withdraw counsel (ECF #27) is **GRANTED**.

**IT IS FURTHER ORDERED** that Beau Sterling **is released as counsel.**

**IT IS FURTHER ORDERED** that Todd M. Leventhal **is APPOINTED** to represent the petitioner herein. Mr. Leventhal is a Criminal Justice Act panel attorney for the United States District Court, District of Nevada. Mr. Leventhal shall represent petitioner in all future proceedings in this court relating to this matter (including subsequent actions) and appeals therefrom, pursuant to 18. U.S.C. Section 3006A (a)(2)(B), until allowed to withdraw.

**IT IS FURTHER ORDERED** that **within thirty (30) days** of the date this order is entered, CJA counsel for petitioner **SHALL FILE** a motion to reopen the case or file a report indicating the status of any on-going state court proceedings.

Dated this 29th day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE