# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MYRDUS ARCHIE,

      Petitioner,

vs.

SHERYL FOSTER, *et al.*,

      Respondents.

2:10-cv-01968-RLH-NJK

**ORDER**

This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner represented by counsel. On January 15, 2014, petitioner filed an amended petition accompanied by numerous exhibits. (ECF No. 34). On February 28, 2014, respondents filed a motion to dismiss, also accompanied by exhibits. (ECF No. 37). Because the Court is not in receipt of the courtesy copies of the exhibits, the parties are directed to submit courtesy copies of all exhibits in support of the amended petition and the motion to dismiss.

**IT IS THEREFORE ORDERED** that, within **seven (7) days** of the date of entry of this order, counsel for both parties **SHALL SEND** courtesy (paper) copies of all exhibits presented in support of the amended petition (ECF No. 34) and the motion to dismiss (ECF No. 37) to the **Reno** Division of this Court. Courtesy copies shall be mailed to the Clerk of Court, 400 S. Virginia St., Reno, NV, 89501, and directed to the attention of "Staff Attorney" on the outside of the mailing

address label.  Additionally, courtesy copies of any exhibits filed in the future shall be submitted in the same manner.

Dated this ____3^rd____ day of September, 2014.

_____
UNITED STATES DISTRICT JUDGE